UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY J. BOTEILHO,<br><br>                      Petitioner,<br><br>        v.<br><br>SCOTT FRAKES and ROB MCKENNA,<br><br>                      Respondents. | No. CV-11-019-JTR<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

     Before the Court is Magistrate Judge Imbrogno's June 27, 2013 Report and Recommendation to Grant Respondent's Motion to Dismiss All Claims with Prejudice. ECF No. 38. Petitioner appears pro se. Assistant Attorney General Ronda D. Larson represents Respondents. On October 16, 2013, Petitioner filed objections to the Report and Recommendation. ECF No. 48. Petitioner also filed a new motion for appointment of counsel. ECF No. 49.

     The objections raised by Petitioner are as follows: 1) the Court erred by construing Respondent's Answer, ECF No. 37, as a motion to dismiss; 2) the Report and Recommendation's "Factual Background" was erroneously established in deprivation of Petitioner's constitutionally protected guarantees; 3) the Report and Recommendation finding that Petitioner is not entitled to an evidentiary hearing is erroneous; 4) the Report and Recommendation

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

finding that Petitioner's claims 1, 7, 11, and 12 were unexhausted is related to Petitioner's claims of ineffective assistance of counsel and was thus erroneous; 5) the Report and Recommendation finding on the merits of Petitioner's claims 2, 3, and 4 is erroneous for the same ineffective assistance of counsel reasons Petitioner previously raised; 6) the Report and Recommendation finding on the merits of Petitioner's claims 5 and 9 is erroneous; 7) the Report and Recommendation finding on the merits of Petitioner's claim 6 (due process and speedy trial) is erroneous; 8) the Report and Recommendation finding on the merits of Petitioner's claim 8 (breach of plea agreement) is erroneous because there was no discussion at or prior to sentencing of a term of community custody; and 9) the Report and Recommendation finding on the merits of Petitioner's claim 10 is erroneous because Petitioner did not receive the minimum due process requirements.  ECF No. 48 at 12-28.

In addition to requesting the appointment of counsel, ECF No. 49, Petitioner asks this Court to:  1) reject the Report and Recommendation; 2) order an evidentiary hearing to collect additional evidence and clarify disputed facts; 3) provide immediate injunctive relief to enjoin the state and DOC from placing Petitioner under the restraints of "community custody" upon his release from prison on November 5, 2013; and 4) grant Petitioner leave to amend and supplement his petition, ECF No. 48.

Having reviewed the June 27, 2013 Report and Recommendation and Petitioner's objections thereto, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

and Recommendation in its entirety and dismisses this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Imbrogno's Report and Recommendation, **ECF No. 38**.
2. Respondent's Motion to Dismiss, **ECF No. 37**, is **GRANTED**.
3. Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 18**, is **DENIED and DISMISSED WITH PREJUDICE**.
4. Petitioner's Motion for Appointment of Counsel, **ECF No. 49**, is **DENIED**.
5. All hearings and other deadlines are **STRICKEN**.
6. This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Respondent.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to Petitioner and counsel for Respondents.

**DATED** this  30th  day of October 2013.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge